UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRETT CHAMPAGNE** | § § § | Docket No. 2:23-cv-04507 |
| **Versus** | § § § | Judge: NANNETTE JOLIVETTE BROWN |
| **AMERICAN MODERN HOME INSURANCE COMPANY** | § § § | Magistrate Judge: JANIS VAN MEERVELD |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, BRETT CHAMPAGNE, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Undersigned counsel filed a complaint against the Defendant, AMERICAN MODERN HOME INSURANCE COMPANY, based on the limited information Galindo Law Firm had on the claim.

6. It came to undersigned counsel's attention that the Defendant is incorrectly named.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

    Respectfully Submitted,

    */s/ Mark Ladd*_____
    Mark Ladd
    Louisiana Bar Number: 30847
    mark@galindolaw.com

    Galindo Law Firm
    3850 North Causeway Blvd. Ste. 1520
    Metairie, Louisiana 70002
    Ph. 713-228-3030
    Fax 713-228-3003
    Email: hurricane@galindolaw.com
    **ATTORNEYS FOR PLAINTIFF`**